1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                          DISTRICT OF NEVADA

8                                    * * *

9   DELWYN V. WELLS,

10              Plaintiff/Appellant,          03:04-CV-00143-LRH (RAM)
                                              C/A No.: 06-15091
11   v.
                                              ORDER
12   JOHN CARGILE, et al.,

13              Defendants/Appellees.

14  _____

15        The Ninth Circuit has referred this matter to this court for the limited purpose of

16   determining whether Delwyn V. Wells's appeal has been taken in good faith or is frivolous.

17        Wells brought a civil rights action alleging the use of excessive force in conducting his

18   arrest and a failure by the City to properly investigate the incident.  The matter came before the

19   Court on defendants' Motion for Summary Judgment.  The Court concluded that there was no issue

20   of material fact preventing the Court from entering judgment in favor of the defendants.

21        28 U.S.C. § 1915(a)(3) provides that "[a]n appeal may not be taken in forma pauperis if the

22   trial court certifies in writing that it is not taken in good faith."  The good faith requirement is

23   satisfied if the petitioner seeks review of any issue that is "not frivolous."  *Coppedge v. United*

24   *States*, 369 U.S. 438, 445, 82 S.Ct. 917, 8 L.Ed.2d 2 (1962).  "Unless the issues raised are so

25   frivolous that the appeal would be dismissed in the case of a nonindigent litigant . . . the request of

26   an indigent for leave to appeal in forma pauperis must be allowed."  *Ellis v. United States*, 356 U.S.

1   674, 675, 78 S.Ct. 974, 975, 2 L.Ed.2d 1060 (1958).

2          This court carefully considered the claims brought by Wells, and applying the law, without

3   consideration of his *in forma pauperis* status, and concluded his claims were unsupported by either

4   the law or the facts.  Plaintiff failed to muster the necessary evidence and his claims were not

5   supportable.  The appeal is not taken in good faith.

6          IT IS SO ORDERED.

7          DATED this 13th day of February, 2006.

8

9                                                   _____

10                                                  LARRY R. HICKS
                                                    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                     2